

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2019

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES**, et al.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Pending before the court are appellees' motion for clarification and motion to redact sensitive date and seal the record. The motions are GRANTED IN PART. This court will not consider any evidence or documents not contained in the appellate record. *Edwards v. Dist. Attorney of Atascosa Cty.*, 511 S.W.3d 257, 260 (Tex. App.—San Antonio 2015, no pet.). Appellant is ORDERED to comply with Rule 9.9 by redacting any sensitive data in future filings or those filings will be stricken. *See* TEX. R. APP. P. 9.9.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court